AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

2017 FEB -2 AM 10: 02

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| | | |
|---|---|---|
| R.J. Dougherty Associates, LLC<br>d/b/a Everglades Boats<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:17-CV-66-FtM-99MRM |
| Sportsman Boats Manufacturing, Inc.; Thomas D. Hancock, Jr., and individual; XYZ Company(ies); and Jane Doe(s)<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas D. Hancock, Jr.
Sportsman Boats Mfg., Inc.
113 Isaac Way
Summerville, SC 29483
(Dorchester County

(or at his place of residence): 1 - 11th Avenue
Isle of Palms, SC 29451
(Charleston County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R.J. Dougherty Associates, LLC
d/b/a Everglades Boats
544 Air Park Road
Edgewater, FL 32132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/2/17

SBlake
*Signature of Clerk or Deputy Clerk*